UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re

          Case No. 09-33103

JODI L. WAGNER,

          Chapter 7

    Debtor.

_____

ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT
_____

For the reasons stated in the Court's Memorandum Decision entered on this date, IT IS ORDERED the trustee's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED the debtor's motion for summary judgment is DENIED.

May 5, 2015

                                              Margaret Dee McGarity
                                              United States Bankruptcy Judge